| | |
|---|---|
| STRALIA MARITIME S.A. and AERIO SHIPMANAGEMENT LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> PRAXIS ENERGY AGENTS DMCC, <br><br> Defendant. | 4:18-cv-1486 |

# RULE 7.1 DISCLOSURE STATEMENT

Plaintiffs Stralia Maritime S.A. and Aerio Shipmanagement Ltd., by and through their undersigned attorneys, Chaffe McCall, LLP, and pursuant to Federal Rule of Civil Procedure 7.1, certify that there is no corporation or publicly traded company that owns more than 10% of stock in either Plaintiff.

Dated: Houston, TX
May 29, 2018

                                                Respectfully Submitted,

                                                */s/ Ivan M. Rodriguez* _____
                                                Ivan M. Rodriguez
                                                Attorney-in-Charge
                                                Federal I.D. No. 4566982
                                                Texas Bar No. 24058977
                                                Harold K. Watson
                                                State Bar No.: 20938500
                                                Federal Bar No.: 4345
                                                Lisa M. Kaufmann
                                                Federal I.D. No. 1708528
                                                Texas State Bar No. 24072841
                                                CHAFFE MCCALL L.L.P.

801 Travis Street, Suite 1910
Houston, Texas 77002
(713) 546-9800 Telephone

(713) 546-9806 Facsimile

-and-

Michael E. Unger, Esq.
Michael J. Dehart, Esq.
FREEHILL HOGAN & MAHAR LLP
80 Pine Street, 25th Floor
New York, New York 10005
Tel.: (212) 425-1900
Fax: (212) 425-1901

486289.1