UNITED STATES DISTRICT COURT
SOUTHRN DISTRICT OF TEXAS
HOUSTON DIVISON

| | |
|---|---|
| STRALIA MARITIME S.A. and AERIO SHIPMANAGEMENT LTD., | § § § |
| Plaintiffs, | § § |
| v | § C.A. NO. 4:18-cv-01486 § |
| PRAXIS ENERGY AGENTS DMCC, | § § § |
| Defendant. | § |

## CERTIFICATE OF INTERESTED PARTIES

Plaintiffs, Stralia Maritime S.A. and Aerio Shipmanagement Ltd., by and through their undersigned attorneys, Chaffe McCall, LLP, identify the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Plaintiffs, Stralia Maritime S.A. and Aerio Shipmanagement, Ltd., and their counsel of record, Chaffe McCall, LLP, and Freehill, Hogan, & Mahar, LLP;

2. Defendant, Praxis Energy Agents DMCC, and its attorneys, Simms Showers, LLP;

3. Garnishee, Praxis Energy Agents, LLC, and its attorneys, Simms Showers, LLP.

    Respectfully Submitted,

    */s/ Ivan M. Rodriguez*
    Ivan M. Rodriguez
    Attorney-in-Charge
    Federal I.D. No. 4566982
    Texas Bar No. 24058977
    Harold K. Watson
    State Bar No.: 20938500
    Federal Bar No.: 4345
    Lisa M. Kaufmann
    Federal I.D. No. 1708528

1

3165431-1

Texas State Bar No. 24072841
CHAFFE MCCALL L.L.P.
801 Travis Street, Suite 1910
Houston, Texas 77002
(713) 546-9800 Telephone
(713) 546-9806 Facsimile

and

Michael E. Unger, Esq.
Michael J. Dehart, Esq.
FREEHILL HOGAN & MAHAR LLP
80 Pine Street, 25th Floor
New York, New York 10005
(212) 425-1900 Telephone
(212) 425-1901 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June, 2018, I served a true and correct copy of the foregoing, pursuant to Rule 5 of the Federal Rules of Civil Procedure, via the CM/ECF system and/or electronic mail and/or by depositing in the United States Mail, postage prepaid and properly addressed to all known counsel of record.

*/s/ Ivan M. Rodriguez*
Ivan M. Rodriguez